1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Robert Wilhite

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12  ROBERT WILHITE,                ) Case No.: CV 10-7451- (CW)
                                   )
13         Plaintiff,              ) ORDER OF DISMISSAL
                                   )
14      vs.                        )
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security,)
16                                 )
           Defendant.              )
17  _____)

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21
    DATE:   April 12, 2011
22                                      _____
                                        THE HONORABLE CARLA WOEHRLE
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

                                     -1-

1  DATE: April 8, 2011         Respectfully submitted,

2                              LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ *Denise Bourgeois Haley*
3                           BY:_____
                                Denise Bourgeois Haley
4                               Attorney for plaintiff Robert Wilhite